No. 04–5759. MILLER v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari before judgment denied.

No. 03–9760. JOHNSON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, 542 U. S. 906;
No. 03–9984. JOHNSON v. ILLINOIS, 542 U. S. 940;
No. 03–10168. PHELPS ET UX. v. NATIONWIDE INSURANCE CO., 542 U. S. 942; and
No. 03–10267. ROJAS AFANADOR v. UNITED STATES, 542 U. S. 912. Petitions for rehearing denied.

OCTOBER 5, 2004

No. 04A265. GREEN v. TEXAS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

OCTOBER 7, 2004

No. 03–9939. BORDEN v. UNITED STATES. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.

No. 04A269. BECK, SECRETARY, NORTH CAROLINA DEPART-MENT OF CORRECTIONS, ET AL. v. PERKINS. Application to vacate the preliminary injunction entered by the United States District Court for the Eastern District of North Carolina on October 1, 2004, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the preliminary injunction. ·

No. 04–6693 (04A272). PERKINS v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Pitt County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF